**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1090**

_____

PAMELA SUE BOND,

              Plaintiff - Appellant,

        v.

SOCIAL SECURITY ADMINISTRATION,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Joel Christopher Hoppe, Magistrate Judge.  (4:13-cv-00046-JLK-JCH)

_____

Submitted:  July 27, 2017                                         Decided:  July 31, 2017

_____

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pamela Sue Bond, Appellant Pro Se.  Maija DiDomenico, Assistant Regional Counsel, Philadelphia, Pennsylvania, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Sue Bond appeals the magistrate judge's order denying Bond's self-styled "Motion to Initiate Discovery by the Court." On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because neither Bond's informal brief nor the supplement thereto challenges the basis for the magistrate judge's disposition on this postjudgment motion, Bond has forfeited appellate review of the order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the magistrate judge's order. We deny Bond's motion for clarification of the Social Security Administration's theory of defense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*